# THOMAS A. TORMEY, JR.
ATTORNEY AT LAW
140 BROADWAY
46TH FLOOR
NEW YORK, NEW YORK 10005
(212) 480-3910
FAX: (212) 480-5051
www.TormeysLaw.com
e-mail: T.Tormey@TormeysLaw.com

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 9/5/2014

August 29, 2014

The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

        Re:        *United States v. Ishita Ganguly*
        Case No.:   14 Cr. 123 (VSB)
        Our File No.: 13-216

Dear Judge Broderick:

      I represent the defendant, Ishita Ganguly, in the above referenced action. Pursuant to the direction of the Court, the parties conferred on the appropriate scope of the defense subpoenas and were able to reach an agreement on the same. Thereafter the government was provided with copies of the subpoenas. Subsequently, AUSA Frey advised me that the government had no objection to the same.

      This morning I called AUSA Christopher D. Frey regarding your Order dated August 28, 2014 requiring a joint letter indicating our agreement. Mr. Frey is not in the office today but advised me, *via* email, that he had no objection to me sending this letter, with the accompanying subpoenas, to the Court.

      As such, I am attaching hereto copies of the subpoenas for the Court's review and hopefully, its approval.

      Thank you.

                                     Respectfully submitted,

                                     Thomas A. Tormey, Jr.

cc:     AUSA Christopher D. Frey (via e-mail)
        AUSA Brendan F. Quigley (via e-mail)