# EXHIBIT A

John R Andersen III
67 W Main St Apt 203
Oyster Bay, NY 11771
September 5, 2014

Dear Sir or Madam:

    I am writing this letter of character reference on behalf of Ms. Ishita Ganguly. It is and has been my pleasure and honor to know Ishita since mid-2007, and was preparing to write this letter prior to being approached. I am fully aware of the allegations being brought against her by the Federal Prosecutor's office.

    Throughout the past seven years Ishita and I have become and remain close personal friends and I would like to take this opportunity to explain to you the character and integrity of Ishita. Ms. Ganguly, for the duration of our friendship, has always been a very caring and loving person who has helped me through several personal tragedies. She has dropped everything on certain occasions just to be a good friend and comfort me in my time of need. I have personally witnessed her charitable works, both publicly and privately on several occasions.

    I can clearly and unequivocally state that Ishita Ganguly possesses the highest moral standards and unshakeable level of integrity not found in many people. If there is any fault I can find within Ishita, it is that she is sometimes too trusting; this has become abundantly evident in her professional relationship with Mr. Paul D Phillips. Regardless of her relationship with Mr. Phillips, the allegations leveled by the Federal Prosecutors Office are serious, but as it relates to Ishita, I know she is doing everything she can to rectify the situation. She has said many times she wants to make things right. I can see the remorse in her eyes and would like to state that Ishita is a sweet, kind and trusting person. This whole experience has been tough on her, but I see her pushing through and doing everything to make things right. I witnessed her selling her house and her possessions to make the victims whole. I hope that this letter at least gives you a bit of insight into the kind, caring and sweet woman I know and have grown so close to.

    Thank you for the opportunity to address this matter to you.

Respectfully,

*[signature]*

John R Andersen III
Detective 2ND Grade NYPD (ret)

**Laura Bergano**
**22 Gailview Drive**
**Oyster Bay, NY  1177**

To whom it may concern;

    I am writing this letter on behalf of Ishita Ganguly. Through friends and family we met several years ago and over time our friendship grew closer. We have become best of friends and confidants in our private and professional lives. Through personal experiences I can attest to her holding the highest standards of honesty and integrity that we all strive to achieve. Ishita is the friend we all wish we had, I am fortunate enough to say that I've been enriched by her becoming such a huge part of my life. She has always been there to lend an ear and a helping hand.

    My Husband and I have spent countless weekends with her, either at her house or ours. In the past we have also taken trips together to attend several charity events. She is always willing to drive an hour and a half to me when she knew I needed a friend. We to this day speak through phone or text message practically every day.

    Ishita puts faith in the fact that everyone she comes in contact with lives by the same high moral standard and integrity that she does, so it's understandable that she could be misled by, Mr. Paul D Phillips, but regardless of that she is taking responsibility and making things right in her way. I am fully aware of the charges brought against her. I know that Ishita is doing everything in her power to rectify the situation. I have personally witnessed her selling her house, holding an open house twice a week since her house has been listed and doing everything she can to market the property in order to get it sold. She has been selling off many of her dear personal items and possessions and has always attested that she wants to make things right. I have witnessed her through this whole experience and have many times heard her say that she wants to right the wrongs done to the victims.

Thank you for the chance to give you some insight into my dear friend Ishita.
Respectfully,

*[signature]*
Laura Bergano

Mark T. Cagnetto
40-58 West 4th Street
Patchogue, NY, 11772

September 11, 2014

To Whom It May Concern:

    My name is Mark Troy Cagnetto and I am Ishita Ganguly's boyfriend. Although it would be easy for one to assume that as her boyfriend my view point would be a biased one, in actuality it comes from a much more informed and personal view.

    I have known Ishita since October 2013, and in all my years I have never met someone who is so caring, honest, and selfless. She always puts others ahead of herself, and being the same way myself you could imagine the funny situations that arise between us. Whether it's opening a door for one another, deciding what movie to rent, what to make for dinner, etc. etc., she is always putting others ahead of herself. I am totally aware of how silly these things may sound in light of the serious allegations being brought against her by the Federal Prosecutor's Office, but that is just my point. Kind, honest and trusting people like Ishita are an easy target in a world full of people who don't have a stitch of moral character, let alone the high moral character and ethical responsibility towards others that Ishita lives her life by every day. Personally I am inspired by her and feel lucky to have her in my life, and to be a part of hers. It's heartbreaking to think that someone would victimize Ishita on any level, never mind to the degree of putting her in harms way without her knowledge or participation. It makes a good person like myself begin to question the world and the intentions and motives of everyone in it. A feeling of negativity begins to overshadow my usual optimistic outlook. But Ishita is a walking talking reminder of the good that still exists in this world, and I am thankful for that.

Thank you for your time and for the opportunity to write this letter.

Respectfully,

*Mark T. Cagnetto*
Mark T. Cagnetto

**From:** **Vicente Galindo** smartcorp007@gmail.com
**Subject:** I hope Ishita (Ganguly) clears all her charges...
**Date:** January 3, 2015 at 4:56 PM
**To:** t.tormey@tormeyslaw.com, Vicente Galindo SmartCorp007@gmail.com



I have known her for years and she was always truthful and a beautiful person to me.
I pray all works out...let her know I love her forever!!!

--
Vicente Galindo 1+916-588-6539
Please do submit your request in writing.
Sacramento, CA IS A GREAT PLACE TO LIVE!!!
COMPRE SU CASA O EDIFICIO COMMERCIAL EN ESPANOL
FREE REAL ESTATE APP Sacramento Discounted Properties
Commercial Financing 90%+ Click Great Opportunity
Hiring Entrepreneur Directors: Apply Today!!!!   Sign Contract & Wire Application/Processing Fee Today!!!