# EXHIBIT C

# BIZBASH (/)

GET LISTED (HTTP://WWW.BIZBASH.COM/GET-LISTED/)

◀ BACK TO ARTICLE (/CONCERN_FOUNDATION_BLOCK_PARTY_FOR_3_000_ADDS_11_STATIONS/LOS-ANGELES/STORY/18769)

**EVENT REPORT**

## Concern Foundation Block Party for 3,000 Adds 11 Stations



The evening honored Jim and Ishita Ganguly-Morrison for their commitment to finding a cure for cancer.
Photo: Courtesy of Concern Foundation

◀ (http://www.bizbash.com/costumed-entertainer-performed-studios-paramount-concern-foundation-block-party/gallery/66698)

SLIDE 5/5

VIEW THUMBS

▶ (http://...) concern-foundation-block-party-circus-theme-perfor...

f 🐦 g+ in (http://www.addthis.com/bookmark.php?v=300&winname=addthis&pub=bizbashmedia&source=tbx-300&lng=en-us&s=linkedin&url=http%3A%2F%2Fwww.bizbash.com%2Fevening-honored-jim-ishita-ganguly-morrison-commitment-