# EXHIBIT E



1678 Hylan Blvd., Staten Island, NY
655 Rossville Avenue, Staten Island, NY
8823 Third Avenue, Brooklyn, NY 11209
315 Rte 34 – Suite 103, Colts Neck, NJ 07722

January 2, 2015

RE: 151 Nicolosi Drive, Staten Island, NY

To Whom It May Concern,

As the listing agent for the above said property, I have been able to market this home as follows:

- Syndication in over 50 websites including MLS, Robert DeFalco Realty, Realtor.com, Trulia, Zillow
- Hosted a Broker's Open House
- All open houses were advertised in the Staten Island Advance, MLS, Robert DeFalco Realty, Realtor.com, Trulia & Zillow every weekend from the time it was listed to present
- Additional advertisements in Staten Island Advance

Sincerely,

Dorene Marino
Licensed Real Estate Saleperson