# EXHIBIT F

## RICHARD B. KRUEGER, M.D.

| | |
|---|---|
| Diplomate in Psychiatry, American Board of Psychiatry & Neurology | 210 EAST 68th STREET, #1-H |
| Diplomate, American Board of Internal Medicine | NEW YORK, NEW YORK 10065-6024 |
| Diplomate, ABP&N, Added Qualifications in Forensic Psychiatry | TELEPHONE (212) 517-6624 |
| Diplomate, ABP&N, Added Qualifications in Addiction Psychiatry | FAX (212) 517-4073 |
| | e-mail rbk1@columbia.edu |

January 15th, 2015

Thomas A. Tormey, Jr., Esq.
140 Broadway, 46th Floor
New York, New York 10005

By FedEx; telephone is: 212-480-3910

Re:   Psychiatric and Risk Assessment of Ms. Ishita Ganguly

Dear Mr. Tormey:

# REDACTED

(Redacted pursuant to Rule 21.4 of the
Electronic Case Filing Rules)