# EXHIBIT G

Search in Appszoom for...   Android apps ⌄   SEARCH   🌐 en ⌄

Android apps ⌄ | iPhone apps ⌄ | Magazine | Forum | Timeline | Appszoom for developers

# ISHITA GANGULY




### Army Girl   FREE

This is a fun strategy style game. it has lots of different fun levels that will keep you on your toes. this game is harder then it looks but very fun. play for hours and watch your score to become the best. fast, fun, adventure for all ages.




### Candy Rollers
(2)
FREE

Blast all the delicious candies in candy rollers! a super fun an addictive match blast game with 30 different levels. that's right thirty!! play with friends and beat them! reach higher levels to unlock bonuses! join us on our facebook: https://www.facebook.com/yangogaming follow us on...




### Christmas Candy Sma...
(2)
FREE

A new innovative candy game is here! objectives differ in over 10 levels. make matches of 3 or more candies, create blasts! this game starts out as a simple 3 match game, but things get more and more interesting and challenging. start your sweet journey in this puzzle adventure! create rows and...




### Smash The Smiley   FREE

This fun super addictive match three game is fun for all ages. come and take a look at all the smiley emoticons and smash them once they are matched!




### Angry Vikings
(2)
FREE

Now with controller support!! don't let your crazy viking collide with walls and pillars and fly as far as you can. [how to play] *tap to flap your wings to fly. *avoid pillars *don't hit the floor




### Little Crow Big World
(3)
FREE

Now with controller support!! don't let your crow collide with the walls and pillars and fly as far as you can. [how to play] *tap to flap your wings to fly. *avoid pillars *don't hit the floor




### Jet Monster
FREE

Try and destroy 50 asteroids in 72 seconds. this simple game was originally written in java, it is really a game of using the jet audio engine more than anything. the demo has been ported to oxygene for java and had various bugs fixed along the way. the jetpack is an equipable tool from...




### Springing Cookie Catc...
(29)
FREE

Prince victor & princess victoria have accidentally released all the cookies in cookie kingdom. the royal family has hired sir poppi, the great cookie catcher to catch all the precious cookies in the kingdom! help sir poppi catch all the cookies! how to play: bounce on the magic spring...




### Army Cat Girl
(2)
FREE

Most addictive and #1 army girl adventure game available free on play store.




### CrazyMan
(3)
FREE

Crazy man is so funny game. try to jump place to place, but don't forget the road and car! and you must collect a lot of gems to double the balance and save the score in your phone and online for shire with your frind's you can sell the codesource of this game from codecanyo marketplace...




### Super Soldier Mutation
(31)
FREE

Bad forces are starting to create problems in your country as evil dead creatures come to life. as a born hero, it is on your shoulder to keep the world from negative forces. you allow yourself to be injected with super human strength, but something goes wrong. you are now a super soldier,...




### NaughtyCat
(2)
FREE

The cat's planet is in danger!! aliens attacked the homeland of cats. all the adults on the planet lie in the dust. only some cats are trying to flee away with spaceship. your mission is to lead them to fight and break through the encirclement of the enemies and. survival is the only way to...




### Log Chopper Hero
(2)
FREE

Help our local friendly log man chuck chop all the logs he can! follow us on twitter: https://twitter.com/appyango visit us online: http://www.appyango.com regular free updates: get ready for free updates with the new worlds, characters and more!




### Puppy Puzzle
(7)
FREE

This slide puzzle games contains 6 difference interesting pictures. this game has 3 different levels and you can choose any level you want. have fun.

Are you this developer?





App Store > Games > Revolution 3000 LLC



## Towering Highrise 4+

Ishita Ganguly >

Get

This app is designed for both iPhone and iPad

Rating: 4+

**LINKS**
Privacy Policy
Developer Website

© Yango Gaming Apps

Details   Ratings and Reviews   Related

Game Center

Screenshots   iPhone   iPad






### Description

Build the tallest towering high rise and make the biggest city in the world to reach the sky with a power of one-tap play!

How to Play:
...

### What's New in Version 2   Posted Oct 25, 2014
Updates iOS 8

show all versions

### Information

| | |
|---|---|
| Seller | Ishita Ganguly |
| Category | Games |
| Updated | Oct 25, 2014 |
| Version | 2 |
| Size | 12.8 MB |
| Rating | Rated 4+ |
| Family Sharing | Yes |
| Compatibility | Requires iOS 6.1 or later. Compatible with iPhone, iPad, and iPod touch. This app is optimized iPhone 5. |
| Languages | English, Arabic, Bokmål, Norwegian, Catalan, Czech, Danish, Dutch, Finnish, French, German, Hebrew, Hungarian, Indonesian, Italian, Japanese, Korean, Malay, Polish, Portuguese, Romania |