

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 10, 2015

The Honorable Vernon S. Broderick
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States* v. *Ganguly*, 14 Cr. 123 (VSB)

Dear Judge Broderick:

    The defendant is scheduled to be sentenced on February 17, 2015.  The Government respectfully requests a two-day extension of the deadline for filing its sentencing submission, from today until February 12th.  The reason for the requested adjournment is that the undersigned is currently on trial before Judge McMahon and that an Office-wide computer issue has inhibited the Government's ability to access certain files necessary for completion of the sentencing submission.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney

by: _____/s/_____
    Brendan F. Quigley
    Assistant United States Attorney
    (212) 637-2190