

**From:** "Ishita Ganguly" <ishita@astutepartners.com>
**Subject:** 2nd request for Mr. Graf to respond - 1 July, 2012
**Date:** July 1, 2012 1:56:40 PM GMT+02:00
**To:** Paul D Phillips" <pdp@astutepartners.com>, compliance@astutepartners.com, "Ishita Ganguly" <Ishita@astutepartners.com>
**Reply-To:** ishita@astutepartners.com

Mr.

Since we have not received your response we have made a unanimous decision to protect our company and our clients.

Our board which includes, but is not limited to Paul and myself have signed off on having your funds moved to our attorneys escrow account at HSBC in London until you decide to comply with signing the Hold Harmless Agreement.

This is now my 2nd request to have you 'reply all' with your decision.

------Original Message------
From: Ishita Ganguly
To:
To: Paul D Phillips
To: compliance@astutepartners.com
To: Ishita Ganguly
ReplyTo: Ishita Ganguly
Subject: Mr.     Phone Call
Sent: Jun 29, 2012 12:48 PM

Mr.

I made 4 attempts to call you on this number (01141438118080). I have spoken to Paul and have notified our legal team.

I was unaware of all the threats you had made to one of our company officers. Seeing as that you have brought your attorney into this you have 2 choices.

1) You can sign a Hold Harmless agreement and will receive your wire transfer reference number no later than 10 banking days from the receipt of the fully executed agreement.

OR

2) You can file whatever charges you would like, BUT we as a company must protect our considerable level of clientele and will send your funds to be held by our legal representatives until such time that your legal dispute is resolved which could take, as you attorney will tell you, up to 3 years.

I would advise from one person to another that you sign the Hold Harmless agreement and receive your principal back within 10 banking days of receipt of fully executed Hold Harmless Agreement.

Please 'reply all' with your decision.
Respectfully,

Ishita Ganguly
Managing Director, International Trading
Astute Partners (BVI) Ltd.
1 - 6 Yarmouth Place
Mayfair
London
W1J 7BU
(P)+44 208 144 5319
(M) 424 234 0975
Email: ishita@astutepartners.com
       www.astutepartners.com
Respectfully,

Ishita Ganguly
Managing Director, International Trading
Astute Partners (BVI) Ltd.
1 - 6 Yarmouth Place
Mayfair
London
W1J 7BU
(P)+44 208 144 5319
(M) 424 234 0975
Email: ishita@astutepartners.com
       www.astutepartners.com

000169