USDC SDNY
DOCUMENT
ELECTRONICALLY F[...]
DOC #: _____
DATE FILED: 2/17/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
United States of America

v.

Ishita Ganguly,

                Defendant.
------------------------------------------------------------X

**Order of Restitution**

**14 Cr. 123 (VSB)**

Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Brendan F. Quigley, Assistant United States Attorney, of counsel; the presentence report; the defendant's conviction on Count One of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Ishita Ganguly, the Defendant, shall pay restitution in the total amount of $9,404,537.35 to the victims of the offense charged in Count One of the Indictment. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Sealing.** Consistent with 18 U.S.C. § 3771(a)(8) & § 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
       February 17, 2015

                                              VERNON S. BRODERICK
                                              UNITED STATES DISTRICT JUDGE