PREET BHARARA
United States Attorney for the
Southern District of New York
By:     ANDREW C. ADAMS
        Assistant United States Attorney
        One Saint Andrew's Plaza
        New York, New York 10007
        Tel.: (212) 637-2340

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                    :
UNITED STATES OF AMERICA                            :     **NOTICE OF MOTION**
                                                    :
      - v. -                                        :     14 Cr. 123 (VSB)
                                                    :
ISHITA GANGULY,                                     :     **ECF Case**
                                                    :
            Defendant.                              :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                    :
BOB N. ROBARDS,                                     :
                                                    :
            Petitioner.                             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        PLEASE TAKE NOTICE that, upon the Government's Memorandum of Law in Support of Motion to Dismiss the Petition of Bob N. Robards, and upon all papers and prior proceedings herein, the United State of America will move before the Honorable Vernon S. Broderick, United States District Judge for the Southern District of New York, at such time as the Court shall direct, for the dismissal of petition of Bob N. Robards pursuant to Federal Rule of

Criminal Procedure Rule 32.2(c)(1) for lack of standing, and for such other and further relief as the Court deems just and proper.

Dated: April 29, 2015
       New York, New York

                                     Respectfully submitted,

                                     PREET BHARARA
                                   United States Attorney for the
                                   Southern District of New York
                                   Attorney for the Plaintiff
                                   United States of America

By:         /s/        
                                   Andrew C. Adams
                                   Assistant United States Attorney
                                   Telephone: (212) 637-2340

To:    Thomas C. Damico, Esq.
         Damico & Stockstill
         8048 One Calais Avenue, Suite A
         Baton Rouge, LA 70809